IN THE SUPREME COURT OF TEXAS

 No. 10-0155

 IN RE SERVICE CORPORATION INTERNATIONAL AND SCI TEXAS FUNERAL SERVICES,
 INC. D/B/A MAGIC VALLEY MEMORIAL GARDENS

 On Petition for Writ of Mandamus

ORDERED:

 1. Relators' emergency motion for temporary stay of arbitration
proceedings, filed March 11, 2010, is granted. All arbitration proceedings
before the Honorable Abel C. Limas in Cause No. C-803-09-C, styled Gabriel
Serna and Yolanda Serna v. Service Corporation International and SCI Texas
Funeral Services, Inc., d/b/a Magic Valley Memorial, in the 139th District
Court of Hidalgo County, Texas, are stayed pending further order of this
Court.
 2. The real parties in interest are requested to respond to
relators' petition for writ of mandamus on or before 3:00 p.m., March 29,
2010.
 3. The petition for writ of mandamus remains pending before this
Court.

 Done at the City of Austin, this March 12, 2010.
 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk